# United States Court of Federal Claims

March 27, 2003

No. 02-1460 C

HERMES CONSOLIDATED, INC.,
d/b/a Wyoming Refining Company,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER SETTING ORAL ARGUMENT ON DISPOSITIVE CROSS-MOTIONS**

Oral argument pertaining to the parties' dispositive cross-motions (i.e. defendant's motion filed on December 23, 2002 for summary judgment and plaintiff's cross-motion filed on January 27, 2003 for summary judgment) shall be conducted on Thursday, May 15, 2003, at 10:30 a.m., at the United States Court of Federal Claims in Washington, DC.

Counsel are requested to appear in person.

s/ Lawrence J. Block
Lawrence J. Block
Judge