IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Wyoming"), respectfully submits this Status Report in order to bring to the Court's attention the recent decision in *La Gloria Oil & Gas Company v. United States*, No. 02-465C (Fed. Cl. April 15, 2003) (attached). In that decision, the Court held, *inter alia*, that DESC's fuel prices are illegal, that an affected suppler is entitled to recovery under *quantum valebant*, and that a supplier may demonstrate harm by showing that it was not paid fair market value for the fuel it delivered.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

April 28, 2003