# United States Court of Federal Claims

April 30, 2003

No. 02-1460 C

HERMES CONSOLIDATED, INC.,
d/b/a Wyoming Refining Company,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF**

This order addresses defendant's motion filed on April 28, 2003 for leave to submit a supplemental brief to the matured, cross dispositive motions for summary judgment, which supplemental brief is in fact a sur-reply. Defendant indicates that plaintiff is not opposed to the motion for leave to file, as long as it is allowed to file a response (a sur-sur-reply) to defendant's sur-reply.

For reasons stated therein, defendant's motion for leave to file is GRANTED. It is ORDERED that defendant's supplemental brief (which was in fact filed electronically into the record on April 28, 2003) is DEEMED to be a sur-reply to plaintiff's reply filed on March 18, 2003 to its cross-motion filed on January 27, 2003 for summary judgment. Further, plaintiff may file by Wednesday, May 7, 2003 a sur-sur-reply to defendant's deemed sur-reply.

s/ Lawrence J. Block
Lawrence J. Block

Judge