IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Wyoming"), respectfully requests leave to reply to Defendant's Supplemental Brief submitted on April 28, 2003. Defendant's Supplemental Brief raises new arguments to which Wyoming has not previously had an opportunity fully to respond. Accordingly, Plaintiff requests that its motion for leave be granted and that its reply, submitted together with this motion, be accepted for filing. Defendant does not oppose this motion.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Nicole H. Fradette
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

May 5, 2003