# United States Court of Federal Claims

May 6, 2003

No. 02-1460 C

HERMES CONSOLIDATED, INC.,
d/b/a Wyoming Refining Company,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER MOOTING MOTION FOR LEAVE TO FILE REPLY**

An order dated April 30, 2003 deemed defendant's "supplemental brief" filed on April 28 to be a sur-reply to plaintiff's reply filed on March 18 to defendant's response filed on March 3 to plaintiff's cross-motion filed on January 27 for summary judgment. The order further directed that plaintiff could file by Wednesday, May 7, 2003 a "sur-sur-reply" to defendant's sur-reply.

This order addresses plaintiff's unopposed motion filed on May 5, 2003 for leave to file a reply to defendant's "supplemental brief."

In consideration of the above, it is ORDERED that plaintiff's motion for leave to file a reply to defendant's supplement brief is FOUND TO BE MOOT. Plaintiff's submission (which in fact is a sur-sur-reply to defendant's sur-reply filed on April 28) was filed on May 5.

s/ Lawrence J. Block
Lawrence J. Block
Judge