IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Wyoming"), respectfully submits this Status Report in order to inform the Court of the following errata which correct typographical errors in the amount of Wyoming's claims:

1. Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Partial Summary Judgment

   – The last sentence of Footnote 10 on page 7 should read as follows:

     "Wyoming seeks recovery of approximately $33 million."

2. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment

   – The penultimate sentence of Footnote 16 on page 18 should read as follows:

     "Wyoming calculates that the illegal clause resulted in it being paid approximately at least $33,439,942.05 less than the fair market value of the fuel it provided."

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Nicole H. Fradette
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

May 20, 2003