IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC. Doing business as Wyoming Refining Company, | ) | |
| Plaintiff, | ) | No. 02-1460C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of seven days, from August 27, 2003 to and including September 3, 2003, to respond to plaintiff's supplemental brief in response to the Court's order of August 7, 2003. This is our first such request. Counsel for plaintiff states that plaintiff takes no position upon this motion.

Plaintiff's supplemental brief, which we received in electronic form at approximately 7:45 p.m. on Friday, August 22, contains eight distinct sections (with 13 footnotes) citing 50 cases, a majority of them never before discussed by the parties.[1] Defendant's attorney of record, Mr. Gillingham, is on travel this week to the West Coast to take approximately 15 depositions (scheduled before the Court's August 7 order) for Christofferson, et al. v. United States, No. 01-495C, in which approximately 90 witnesses must be deposed prior to a January 2004 pretrial

[1] The typeface and spacing of plaintiff's brief do not appear to conform to RCFC 5.3(c).

conference. The Government seeks this relatively short enlargement, which spans the Labor Day Weekend, to ensure that our reply addressing the important issues raised by the Court receives the appropriate amount of relatively undivided attention.

For these reasons, we respectfully request the Court to grant our request for an enlargement of time of seven days, from August 27, 2003 to and including September 3, 2003, to respond to plaintiff's supplemental brief in response to the Court's order of August 7, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven Gillingham
by s/Kyle Chadwick
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

August 26, 2003

CERTIFICATE OF FILING

I certify that on August 26, 2003, the attached document was filed by means of the Court's electronic filing system. I understand that service upon all parties will be made electronically by the Court's system.

s/Kyle Chadwick