IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Wyoming"), respectfully submits this Status Report in order to bring to the Court's attention the recent decision involving DESC's price adjustment clause in *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl. September 15, 2003) (attached). In that decision, the Court held, *inter alia*, that: (1) DESC's fuel prices and purported individual and class deviations are illegal; (2) plaintiffs did not, as a matter of law, waive its claims because "rights which implicate the institutional concerns of the United States government in application of the law may not be waived;" (3) plaintiffs are entitled to recover under *quantum valebant*; and (4) plaintiffs are not required to establish "harm" by showing "what prices a different clause might have produced."

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

September 29, 2003