IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC., Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Hermes Consolidated, Inc., doing business as Wyoming Refining Company, respectfully submits this Status Report to accompany its Amended Complaint, which is being filed concurrently herewith. This case involves Plaintiff's claims to recover underpayments for military fuel under a series of contracts with the Defense Energy Support Center ("DESC"). On October 24, 2002, Plaintiff filed suit challenging DESC's December 6, 2001 final decision, which denied claims filed under nine contracts. After the Complaint was filed, DESC issued a final decision on November 3, 2003, which denied an additional claim submitted by Plaintiff. Plaintiff is filing the Amended Complaint to challenge this additional final decision.[1]

RCFC 15(a) provides that a party may amend a pleading "by written consent of the adverse party." *See generally Devon Energy Corp. v. United States*, 45 Fed. Cl. 519, 525-26 (1999). Counsel for Defendant has indicated in writing to Plaintiff's counsel Defendant's

[1] The parties have agreed that, with the Court's concurrence, Defendant will have no obligation to respond to the Amended Complaint until resolution of this case on certified appeal.

consent to the filing of Plaintiff's Amended Complaint. (See Ex. 1). Accordingly, Plaintiff is entitled under RCFC 15(a) to file its Amended Complaint.[2]

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5308 (fax)

Attorneys for Plaintiff
Hermes Consolidated, Inc.
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

October 27, 2004

[2] Defendant has filed a motion for summary judgment, but, to date, has not filed a responsive pleading. Pursuant to RCFC 15(a), this provides an alternative basis supporting Plaintiff's right to file its Amended Complaint.

**Exhibit 1**

MAYER BROWN ROWE & MAW

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

**J. Keith Burt**
Direct Tel (202) 263-3208
Direct Fax (202) 263-5208
kburt@mayerbrownrowe.com

October 22, 2004

Steven J. Gillingham
United States Department of Justice
Attn: Classification Unit - 8th Floor
1100 L St., N.W.
Washington, D.C. 20530

Re: *Hermes Consolidated, Inc. v. United States*,
No. 02-1460C (Fed. Cl.)

Dear Steve:

We are writing to request your consent to file an Amended Complaint in *Hermes Consolidated, Inc. v. United States*, No. 02-1460C (Fed. Cl.). After the Complaint was filed on October 24, 2002, DESC issued a final decision on November 3, 2003, denying an additional claim. Hermes seeks to file the Amended Complaint to challenge this additional final decision. Please advise if we have your consent to file the Amended Complaint.

In as much as RCFC 15(a) requires written consent, we would appreciate if you would reflect the government's consent to the filing of the Amended Complaint by return letter or, if more convenient, by endorsing this letter below and returning it to us. The Amended Complaint must be filed no later than November 2, 2004, and, accordingly, we appreciate your prompt response.

Please do not hesitate to contact us if we may be of any assistance.

Sincerely,

J. Keith Burt

J. Keith Burt

**SO AGREED**:

Steven J. Gillingham
United States Department of Justice

Date: 10/22/04