IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining<br>Company,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**STATUS REPORT**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Hermes"), on behalf of both Hermes and Defendant, the United States, respectfully submit this Status Report to advise the Court of the status of proceedings in the consolidated appeal of this case before the United States Court of Appeals for the Federal Circuit in *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir.).

The Federal Circuit issued its decision on April 26, 2005. Hermes intends to file a petition for rehearing *en banc*. Within fourteen days of the Federal Circuit's issuance of the mandate, the parties propose to file a Status Report with this Court.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

May 12, 2005