# In the United States Court of Federal Claims

**02-1460C and 02-1094C**

**Filed: September 28, 2005**

**HERMES CONSOLIDATED, INC. and EL PASO M**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**Held in Washington, D.C.**
**September 26, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.