IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business as Wyoming Refining<br>Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**STATUS REPORT**

Plaintiff, Hermes Consolidated, Inc., respectfully submits the following Status Report to advise the Court that the Second Amended Complaint which is being filed concurrently herewith has been revised to delete the illegal auction, minority price preference, and takings claims which were included in the proposed Second Amended Complaint (Exhibit A to the Joint Status Report) filed in this proceeding on September 15, 2005. While Plaintiff believes that each such claim has merit and that it is entitled to relief under each of these claims, it has determined not to pursue the claims in this proceeding in light of the additional litigation costs that would be involved in pursuing the claims.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
Doing Business As
Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

October 3, 2005