IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC., Doing Business As Wyoming Refining Company, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 02-1460C (Judge Block) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of seven days (five business days), from November 14, 2005, to and including November 21, 2005, within which to file its motion for summary judgment. This is our first request for an enlargement for this purpose. Plaintiff does not oppose this request.

Although our brief in this case is not in final form, this day, we are filing a very similar brief in El Paso v. United States, No. 02-1094C (Block, J.). That case is, as this one is, one of the approximately 30 "jet-fuel"cases now before this Court. It involves approximately 14 discrete legal issues, including all of the issues contained in this case, and more.

Since the Court's order establishing the schedule in this case, defendant's counsel has devoted most of his time to El Paso and this case and other matters before this Court, including, among other things: preparing our brief in El Paso (electing to prioritize it over this case, because it involved more issues than this case); hearings or meetings concerning the other jet-fuel cases; preparing issue papers, and conducting meetings and settlement discussions in Rocky Mountain v. United States, No. 04-1434, a case involving a complex regulatory scheme driven by complicated actuarial questions, in which the parties have been involved in intensive alternative bilateral dispute procedures under this Court's close supervision; participating in settlement planning in

Christofferson v. United States, No. 01-495C, a case involving the individual claims of approximately 8000 former Federal employees, that also involves a complicated alternative dispute procedure; and negotiating a settlement in Briggs v. United Sates, No. 01-552C (Fed. Cl.). Defendant's counsel also is scheduled to file three other joint filings in this Court on November 14.

We seek one week, because the same agency people required to assist us in this case, including reviewing files, identifying appendix materials, and supplying declarations, are assisting us in El Paso. When that brief is filed, they will turn their attention to this case. One critical agency member is on pre- scheduled leave until mid week. During this same period, defendant's counsel is scheduled to participate in two hearings and two meetings in matters involving this Court.

For these reasons, defendant respectfully requests an enlargement of time of seven days, from November 14, 2005, to and including November 21, 2005, within which to fie its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel

Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

November 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham