# United States Court of Federal Claims

No. 02-1460 C
December 21, 2005

HERMES CONSOLIDATED, INC.,
d/b/a Wyoming Refining Company,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**SCHEDULING ORDER**

A telephone status conference was held on December 21, 2005, to discuss issues under Rule 5.2(b)(1) raised by the plaintiff in *El Paso Merchant Energy-Petroleum Company v. United States*.

Accordingly, Plaintiff may file its Response no latter than **January 11, 2006**, and the Response shall not exceed **80** pages. Defendant's Reply may be filed no later than **February 8, 2006**, and the Reply shall not exceed **40** pages.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block
Judge