IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business as Wyoming Refining Company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Plaintiff"), hereby requests leave to file the appendix to its Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically. The Court granted such leave in the similarly situated case of *El Paso Merchant Energy – Petroleum Company v. United States*, No. 02-1094C (Fed. Cl.), due to technical issues which precluded Plaintiffs there from electronically filing the appendix. These technical issues, which are also present in this case, derive from the size of the appendix, which exceeds 600 pages. Defendant does not oppose this motion. Accordingly, Plaintiff respectfully requests that its Motion For Leave To File Appendix By Hard Copy be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff
Hermes Consolidated, Inc.,
Doing Business as Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

January 11, 2006