# In the United States Court of Federal Claims

**02-1460C**

**Filed: January 18, 2006**

**HERMES CONSOLIDATED, INC.,**
**Doing business as Wyoming Refining Company**

**v.**

**THE UNITED STATES**

APPENDIX TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
(Two Volumes)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.