IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC., Doing Business as Wyoming Refining Company, | ) | |
| Plaintiff, | ) | No. 02-1460C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, Hermes Consolidated, Inc., doing business as Wyoming Refining Company ("Hermes"), respectfully submits its Opposition to Defendant's Motion for an Enlargement of Time. Defendant seeks an enlargement of twenty-one days to file its reply to an opposition that it has had in essentially identical form since December 15, 2005, when it was first filed in the similarly situated military fuel case of *El Paso Merchant Energy – Petroleum Company v. United States*, No. 02-1094C (Fed. Cl.). Defendant thus seeks a total of over seventy-five days within which to prepare its reply. Hermes submits that Defendant's request is not reasonable, particularly given the fact that Defendant itself, with full knowledge both of the content of Hermes' opposition and the demands on its own schedule, proposed the current due date for its reply during the December 21, 2005 status conference in this case. The need "to secure the just, speedy, and inexpensive determination of every action"[1] compels the imposition of reasonable limitations on Defendant's requests for enlargements of time. Accordingly, Hermes respectfully requests that Defendant's motion be denied.

[1] RCFC 1.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.,
doing business as Wyoming Refining Company

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

February 7, 2006