IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining Company,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1460C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of one day, from February 22, 2006, to and including February 23, 2006, within which to file our response to plaintiff's proposed findings of uncontroverted fact. Plaintiff does not oppose this request.

Yesterday, in this case, we filed an opposition to plaintiff's motion for discovery pursuant to RCFC 56(f), a reply brief, and a supplemental appendix, at two different times. At the same time, we filed a motion for enlargement in a similar case, El Paso v. United States. Also ready for filing yesterday -- in fact, a day earlier -- was our response to plaintiff's proposed findings.

Today, plaintiff's counsel e-mailed defendant's counsel, noted that our reply brief referred to a response to plaintiff's proposed findings, and informed us that he had not received it. Defendant's counsel checked the computer hard drive in which all documents to be filed in the Court's CM/ECF system are stored, and found our response to plaintiff's proposed findings ready for filing, along with the other documents that were filed, and two others that had been prepared for filing in another case. Defendant's counsel recalls reminding himself that there were three documents to file, verified that three had been filed, but apparently was confused when our supplemental appendix was filed as a separate (the third) document. Immediately upon realizing his error, at 1:12 p.m., defendant's counsel e-mailed a copy of our response to plaintiff's counsel. Defendant's counsel apologizes to

the Court for this oversight.

For these reasons, defendant respectfully requests an enlargement of time of one day, from February 22, 2006, to and including February 23, 2006, within which to file our response to plaintiff's proposed findings of uncontroverted fact.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

Attorneys for Defendant

February 23, 2006

CERTIFICATE OF FILING

I hereby certify that on February 23, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham