IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EL PASO MERCHANT ENERGY PETROLEUM COMPANY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>V.<br><br>Defendant. | No. 02-1094C<br>(Judge Block) |
| HERMES CONSOLIDATED, INC., Doing business as Wyoming Refining Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1460 C<br>(Judge Block) |
| SUNOCO, INC.<br>and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-466C<br>(Judge Block) |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Defendant, the United States, respectfully requests that these cases be stayed pending the final resolution of any appeal in ConocoPhillips, et al. v. United States, --- Fed.Cl. ----, 2006 WL

2615554 (September 12, 2006), or La Gloria v. United States, --- Fed.Cl. ----, 2006 WL 2513065 (August 28, 2006); or, in the absence of an appeal, the expiration of the periods for appeal.[1] Plaintiffs' counsel has informed us that their position is that plaintiffs will promptly respond to the Government's motion upon receipt.

This case is among twenty-seven virtually-identical cases pending in this Court. Plaintiffs, Department of Defense fuel suppliers, seek to re-price their Defense Energy Support Center ("DESC") fuel contracts, under various theories, including illegality.[2] See generally Tesoro Hawaii Corp. v. United States 405 F.3d 1339 (Fed. Cir. 2005). Twenty of these cases are stayed, pending the outcome of proceedings in one or more of the other cases. In the seven cases that are proceeding, we have responded to the complaints with virtually-identical motions to dismiss. Plaintiffs in those cases have replied to our motions with virtually-identical oppositions and motions for further discovery, pursuant to RCFC 56(f). In two of the seven cases (ConocoPhillips and La Gloria), Judges Wiese and Hewitt addressed these arguments, and dismissed the complaints in their entirety.[3] In a third case, Chevron v. United States, No. 03-288 (Fed. Cl., September 7, 2006), Chief Judge Damich denied plaintiff's motion for discovery pursuant to RCFC 56(f), but ordered plaintiff to file a revised RCFC 56(f) motion, by October 6, 2006. On September 21, 2006, the parties jointly requested a stay of Chevron, upon the same grounds as we rely upon here. In the remaining four cases (one before Judge Bruggink and these

---

[1] Plaintiffs' and defendant's counsel in these cases also are counsel in La Gloria and ConocoPhillips.

[2] Attached as Exhibit A is a chart listing each of the twenty-seven cases, the Judges to which they are assigned, and the cases' status.

[3] In La Gloria, Judge Hewitt did not address the waiver issue, inasmuch as the Court's dismissal of the complaint on other grounds made that issue moot.

cases), decisions are pending.

Defendant believes that it would be a more efficient use of the Court's and the parties' resources to allow any appeal of ConocoPhillips or La Gloria to be resolved, or the appeal periods to expire, before proceeding further. This is particularly so, inasmuch as the court in ConocoPhillips considered all of the issues presented in this case, and, we understand, ConocoPhillips is considering its appeal options, and must select one soon. The Court recognized the utility of our recommended approach in these cases, when it stayed these cases earlier, to allow interlocutory appeals concerning the illegality and waiver arguments to proceed in Hermes and Tesoro Hawaii.

Should this motion be granted, we propose that the parties file a status report addressing further proceedings, within fourteen days of the final resolution of any appeal, or within 14 days of the expiration of the later appeal period, if no appeals are taken.

For the foregoing reasons, defendant respectfully requests that this matter be stayed pending the final resolution of any appeal in ConocoPhillips or La Gloria, or, in the absence of an appeal, the expiration of the appeal periods.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

Attorneys for Defendant

September 22, 2006

CERTIFICATE OF FILING

I hereby certify that on September 22, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham