IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERMES CONSOLIDATED, INC.,<br>Doing Business As Wyoming Refining<br>Company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 02-1460C and 06-745C<br>(Judge Block) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), Plaintiff, Hermes Consolidated, Inc., and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

J. Keith Burt

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Hermes Consolidated, Inc.

Dated: 1/7/08

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

Jeanne E. Davidson

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel: 202-616-2311
Fax: 202-353-7988

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Dated: JAN 03 2008